JUDGE PHILIP MARTINEZ

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

EP13CR1832

| | | |
|---|---|---|
| SEALED: | | UNSEALED: __XX__ |
| COUNTY: EL PASO | DIVISION: EL PASO | JUDGE: |
| DATE: August 21, 2013 | MAG CT #: | FBI #: |
| CASE NO: EP-13-CR- | ASSISTANT U.S. ATTORNEY: Rifian Newaz | |
| DEFENDANT: **TAI VON LYNCH, a.k.a. Trigg (3)** | | DOB: : REDACTED |
| ADDRESS: : REDACTED | | |
| CITIZENSHIP: United States    INTERPRETER NEEDED: No    LANGUAGE: | | |
| DEFENSE ATTORNEY:<br>ADDRESS: | | EMPLOYED _____<br>APPOINTED _____ |
| DEFENDANT IS:<br>    ADDRESS: | | |
| DATE OF ARREST: | | BENCH WARRANT: YES |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| PROSECUTION BY: INDICTMENT | | |
| OFFENSE (Code and Description):<br>CT 2: 18:1591(a)(1),(2) and (b)(1) – SEX TRAFFICKING BY FORCE, FRAUD, AND COERCION<br>CT 6: 18:1594 – CONSPIRACY TO TRAFFIC PERSONS<br>CT 7: 18:2421 –TRANSPORTATION FOR PROSTITUTION<br>**NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE** | | |
| OFFENSE IS: FELONY | | |
| MAXIMUM SENTENCE:<br>CT 2: 15-LIFE/ $250,000 /NOT LESS THAN 5 YEARS SUPERVISED RELEASE/ $100 MANDATORY ASSESSMENT<br>CT 6: 0-10 LIFE/ $250,000/NOT MORE THAN 5 YEARS SUPERVISED RELEASE/ $100 MANDATORY ASSESSMENT<br>CT 7: : 0-10 YRS/ $250,000/NOT MORE THAN 3 YEARS SUPERVISED RELEASE/ $100 MANDATORY ASSESSMENT | | |
| PENALTY IS MANDATORY: YES | | |
| REMARKS: :  FBI/Clint Smith & HSI/Julio Lara | | |